WILLIAM J. CAVENY, RESPONDENT, v. JULIA HEALEY, APPELLANT.

Submitted July 5, 1920—Decided October 15, 1920.

On appeal from the Supreme Court, whose opinion is reported in 94 *N. J. L.* 28.

For the respondent, *Frank G. Turner.*

For the appellant, *Randolph Perkins.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, ACKERSON, JJ. 13.

*For reversal*—None.